NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YETI COOLERS, LLC,**
*Plaintiff-Appellee*

**v.**

**YETI PRODUCTS LLC, dba Yeti Yoga,**
*Defendant*

**NICHOLAS HYDE, dba Yeti Yoga,**
*Defendant-Appellant*

---

2025-1203

---

Appeal from the United States District Court for the Western District of Texas in No. 1:21-cv-00312-RP, Judge Robert L. Pitman.

---

Before TARANTO, WALLACH, and CUNNINGHAM, *Circuit Judges*

PER CURIAM.

**O R D E R**

Nicholas Hyde appeals from an August 30, 2024 decision of the United States District Court for the Western District of Texas granting-in-part YETI Coolers, LLC's motion for contempt due to Mr. Hyde's violations of a consent

judgment relating to trademark infringement.  In response to this court's February 28, 2025 order to show cause, YETI Coolers, LLC urges dismissal for lack of jurisdiction and failure to prosecute.  Nicholas Hyde has not responded.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case is outside of that limited subject matter jurisdiction.  When this court lacks jurisdiction, we shall transfer to another court if it is in the interest of justice and if the appeal could have been brought in that other court at the time of filing.  *See* 28 U.S.C. § 1631.[1]  Here, the court deems it appropriate to transfer to the United States Court of Appeals for the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Fifth Circuit pursu-

---

[1]    Mr. Hyde notified the court that, on October 17, 2024, he had filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the District of Oregon. While those proceeding are ongoing, they do not preclude transfer to the appropriate court. *Cf. Wachter v. Lezdey*, 34 F. App'x 699, 701 (Fed. Cir. 2002) (finding bankruptcy stay did not prohibit dismissal of an appeal for lack of jurisdiction because the determination regarding dismissal does not involve the merits of the case).

YETI COOLERS, LLC v. YETI PRODUCTS LLC         3

ant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 25, 2025
Date